```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 27657
   GWENDOLYN STEPHENS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1448

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/15/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 02/26/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED        4480.73         .00           .00
ART STEWART               NOTICE ONLY     NOT FILED        .00           .00
HOUSING AUTHORITY OF COO  NOTICE ONLY     NOT FILED        .00           .00
BARBARA AKINTONDE         NOTICE ONLY     NOT FILED        .00           .00
AMERICAN HOME MORTGAGE    NOTICE ONLY     NOT FILED        .00           .00
LEGAL ASSISTANCE FOUNDAT  DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------       --------------
TOTALS                        .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```